UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: WORKWAVE DATA BREACH LITIGATION | Civil Action No.: 3:24-CV-10592-RK-JBD<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY** |

Plaintiffs Branden Rogers and John Kratochwil (collectively, "Plaintiffs") and Workwave LLC (Defendant, and with Plaintiffs, the "Parties") hereby submit this Joint Report on Mediation Results as follows:

In accordance with the Stipulation and Order entered by the Court on February 4, 2025 (ECF No. 16), the Parties are pleased to report that they have reached a settlement in principle on a class-wide basis. The parties are in the process of negotiating a formal settlement agreement, including notice provisions, and we expect that Plaintiffs will be filing a motion for preliminary approval of the settlement once that process is completed.

The Parties therefore respectfully request that the stay in this case be extended until such time as the Parties finalize the settlement and Plaintiffs file for preliminary approval. The Parties will report on their progress within forty-five (45) days if a motion for preliminary approval is not filed by that time.

Dated: March 31, 2025

By: /s/ David J. DiSabato
David J. DiSabato
SIRI & GLIMSTAD LLP
745 Fifth Ave Suite 500
New York, NY 10151
Tel: 973-273-3570
Email: ddisabato@sirillp.com

By: /s/ Eric R. Fish
Eric R. Fish
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Tel: 212-589-4200
Email: efish@bakerlaw.com

A. Brooke Murphy (admitted *pro hac vice*)
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Tel: 405-389-4989
Email: abm@murphylegalfirm.com

David K. Lietz (admitted *pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
5335 Wisconsin Avenue NW
Washington, D.C. 20015
Tel: 866-252-0878
Email: dlietz@milberg.com

*Attorneys for Plaintiffs and the Proposed Class*

*Attorneys for Defendant*
WorkWave LLC

**SO ORDERED:**

This 1st day of April, 2025

_____
Hon. Robert Kirsch
United States District Court