**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: WORKWAVE DATA BREACH LITIGATION | Case No.: 3:24-cv-10592-RK-JBD<br><br>Motion Date: June 16, 2025 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs John Kratochwill and Branden Rogers (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, hereby respectfully move for entry of an Order: (i) granting preliminary approval of the concurrently filed proposed Class Action Settlement Agreement and Release as being within the range of fair, adequate, and reasonable; (ii) finding that, for purposes of effectuating the proposed Settlement Agreement and Release, the prerequisites for class certification under Federal Rule of Civil Procedure 23(a) are likely to be found satisfied; (iii) provisionally certify the Settlement Class for settlement purposes only; (iv) approving the Parties' proposed Notice Plan and forms of Notice; (v) approving the procedures for Settlement Class members to opt-out of the Settlement or for Settlement Class Members to object to the Settlement; (vi) appointing Plaintiffs as Class Representatives for the Settlement Class; (vii) appointing A. Brooke Murphy and David K. Lietz as Class Counsel for the Settlement Class; (viii) scheduling a Final Fairness Hearing before the Court; (ix) staying the Action pending Final Approval of the Settlement; and (x) granting

1

such other and further relief as this Court deems just and proper.

This Motion is supported by the Brief in Support filed contemporaneously herewith; the Settlement Agreement and Release and all exhibits thereto; the Joint Declaration of Counsel; the [Proposed] Preliminary Approval Order; the pleadings and records on file in this action; and such other matters and argument as the Court may consider at the hearing of this Motion.

DATED:   May 16, 2025             Respectfully submitted,

/s/ David J. DiSabato
David J. DiSabato
**SIRI & GLIMSTAD LLP**
745 Fifth Ave Suite 500
New York, NY 10151
T: (973) 273-3570
E: ddisabato@sirillp.com

A. Brooke Murphy
(admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

David K. Lietz
(admitted *Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com

*Counsel for Plaintiffs and the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ *David J. DiSabato*
David J. DiSabato