# EXHIBIT 2



# FIRM RESUME



Milberg Coleman Bryson Phillips Grossman ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> – THE NEW YORK TIMES

www.milberg.com

2

# PRACTICE AREAS

### SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

### ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

### FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

### CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

### DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## INFORMATION TECHNOLOGY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients – both large and small – to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation
In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation
In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation
In re: Blackbaud Inc., Customer Data Breach Litigation
In re: Paragard IUD Products Liability Litigation
In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation
In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation
In re: Allergan Biocell Textured Breast Implant Products Liability Litigation
In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation
In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation
In re: Ortho Evra Products Liability Litigation
In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation
In re: Kugel Mesh Hernia Patch Products Liability Litigation
In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation
In re: Stand 'N Seal Products Liability Litigation
In re: Chantix (Varenicline) Products Liability Litigation
In re: Fosamax (alendronate Sodium) Products Liability Litigation
In re: Benicar (Olmesartan) Products Liability Litigation
In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation
In re: Risperdal and Invega Product Liability Cases
In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation
In re: Incretin-based Therapies Product Liability Litigation
In re: Reglan/Metoclopromide
In re: Levaquin Products Liability Litigation
In re: Zimmer Nexgen Knee Implant Products Liability Litigation
In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation
In re: Propecia (Finasteride) Products Liability Litigation
In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)
In re: Fluoroquinolone Product Liability Litigation
In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation
In re: Recalled Abbott Infant Formula Products Liability Litigation
Home Depot, U.S.A., Inc. v. Jackson
Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

### $4 Billion Settlement
In re: Prudential Insurance Co. Sales Practice Litigation

### $3.2 Billion Settlement
In re: Tyco International Ltd., Securities Litigation

### $1.14 Billion Settlement
In Re: Nortel Networks Corp. Securities Litigation

### $1 Billion-plus Trial Verdict
Vivendi Universal, S.A. Securities Litigation

### $1 Billion Settlement
NASDAQ Market-Makers Antitrust Litigation

### $1 Billion Settlement
W.R. Grace & Co.

### $1 Billion-plus Settlement
Merck & Co., Inc. Securities Litigation

### $775 Million Settlement
Washington Public Power Supply System Securities Litigation

### $586 Million Settlement
In re: Initial Public Offering Securities Litigation

# LOCATIONS

**PUERTO RICO**
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

**CALIFORNIA**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

402 West Broadway, Suite 1760
San Diego, California 92101

**FLORIDA**
201 Sevilla Avenue, Suite 200,
Coral Gables, Florida 33134

3833 Central Avenue
St. Petersburg, Florida 33713

**ILLINOIS**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

**LOUISIANA**
5301 Canal Boulevard
New Orleans, Louisiana 70124

**MICHIGAN**
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

**NEW JERSEY**
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

**NEW YORK**
100 Garden City Plaza, Suite 500
Garden City, New York 11530

405 E 50th Street
New York, New York 10022

**NORTH CAROLINA**
900 West Morgan Street
Raleigh, North Carolina 27603

5 West Hargett Street, Suite 812
Raleigh, North Carolina 27601

**SOUTH CAROLINA**
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

**TENNESSEE**
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

**WASHINGTON**
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

**WASHINGTON, D.C.**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

**NETHERLANDS**

**UNITED KINGDOM**

7



# DAVID LIETZ LIST OF APPOINTMENTS 2020-2025 PRELIMINARILY OR FINALLY APPROVED DATA BREACH CLASS ACTIONS

1. *Kenney et al. v. Centerstone of America, Inc.*, Case No. 3:20-cv-01007 (M.D. Tenn.) (appointed co-class counsel in data breach class action settlement; final approval granted Aug. 2021);

2. *Mowery et al. v. Saint Francis Healthcare System*, Case No. 1:20-cv-00013-SRC (E.D. Mo.) (appointed class counsel; final approval granted Dec. 2020);

3. *Chatelain et al. v. C, L and W PLLC d/b/a Affordacare Urgent Care Clinics*, Case No. 50742-A (42nd Dist. Ct., Taylor Cnty., Tex.) (appointed class counsel; final approval granted Feb. 2021);

4. *Jackson-Battle v. Navicent Health, Inc.,* Case No. 2020-CV-072287 (Super. Ct. of Bibb Cnty., Georgia) (appointed class counsel in data breach case involving 360,000 patients; final approval granted Aug. 2021);

5. *Bailey v. Grays Harbor County Public Hospital District et al.*, Case No. 20-2-00217-14 (Super. Ct, Grays Harbor Cnty., Wash.) (appointed class counsel; final approval granted Sept. 2020);

6. *Chacon v. Nebraska Medicine*, Case No. 8:21-cv-00070-RFR-CRZ (D. Neb.) (appointed class counsel in data breach settlement, final approval granted Sept. 2021);

7. *Richardson v. Overlake Hospital Medical Center et al.*, Case No. 20-2-07460-8 SEA (Super. Ct., King Cnty, Wash.) (appointed class counsel in data breach case, final approval granted Sept. 2021);

8. *Martinez et al. v. NCH Healthcare System, Inc.*, Case No. 2020-CA-000996 (12th Jud. Cir. Ct, Collier Cnty, Fla.) (appointed settlement class counsel; final approval granted Oct. 2021);

9. *Carr et al. v. Beaumont Health et al.*, Case No. 2020-181002-NZ (Cir. Ct., Oakland Cnty, Mich.) (appointed co-class counsel in data breach case involving 112,000 people; final approval granted Oct. 2021);

10. *Klemm et al. v. Maryland Health Enterprises Inc.*, Case No. C-03-CV-20-022899 (Cir. Ct., Baltimore Cnty., Md) (appointed class counsel; final approval granted Nov. 2021);

11. *Cece et al. v. St. Mary's Health Care System, Inc. et al.*, Case No. SU20CV0500 (Super. Ct, Athens-Clarke Cnty, Georgia) (appointed Settlement Class Counsel in data breach case involving 55,652 people; final approval granted Apr. 2022);

12. *Powers, Sanger et al v. Filters Fast LLC*, Case 3:20-cv-00982-jdp (appointed co-lead settlement class counsel; final approval granted July 2022);

13. *Garcia v. Home Medical Equipment Specialists, LLC*, Case No. D-202-cv-2021-06846 (appointed class counsel; final approval granted June 2022);

14. *Baldwin et al. v. National Western life Insurance Company*, Case No. 2:21-cv-04066 (W.D. Mo.) (appointed co-class counsel; final approval granted June 2022);

15. *Hashemi, et. al. v. Bosley, Inc.*, Case No. 21-cv-00946-PSG (C.D. Cal.) (appointed co-class counsel; final approval granted Nov. 2022);

16. *Paras et al. v. Dental Care Alliance*, Civil Action No. 22EV000181 (State Court of Fulton County, Georgia)

(appointed co-class counsel; final approval granted Sept. 2022);

17. *James v. CohnReznick LLP*, Case No. 1:21-cv-06544 (S.D.N.Y.), (appointed as co-class counsel; final approval granted Sept. 2022);

18. *Purvis, et al v. Aveanna Healthcare, LLC*, Case No. 1:20-cv-02277-LMM (N.D. Ga.) (appointed class counsel; final approval granted Oct. 2022);

19. *Kolar v. CSI Financial Services LLC dba ClearBalance*, Case No. 37-2021-00030426-CU-NP-CTL (CA Super. Ct., San Diego Cnty) (appointed co-lead class counsel, final approval granted Jan. 2023);

20. *In re: California Pizza Kitchen Data Breach Litigation*, Case No.: 8:21-cv-01928-DOC-KES (C.D. Cal.) (appointed settlement class counsel; final approval granted Feb. 2023);

21. *Snyder v. Urology Center of Colorado, P.C.*, Case No. 2021CV33707 (2nd Dist. Ct., Denver Cnty, Colorado) (appointed settlement class counsel; final approval granted Oct. 2022);

22. *Steen v. The New London Hospital Association, Inc.*, Case No. 217-2021-CV-00281 (Merrimack Super. Ct., New Hampshire) (appointed class counsel; final approval granted Jan. 2023);

23. *Gonshorowski v. Spencer Gifts LLC*, Docket Number ATL-L-000311-22 (Super. Ct. of New Jersey, Law Division, Atlantic Cnty) (appointed class counsel; final approval granted Sept. 12, 2022);

24. *Nelson et. al v. Bansley & Kiener, LLP*, Civil Action No. 2021CH06274 (Ill. 1st Jud. Cir. Ct., Cook Cnty) (appointed class counsel; final approval granted Nov. 2022);

25. *Henderson et al. v. San Juan Regional Medical Center*, Case No. D-1116-CV-2021-01043 (11th Jud. Dist. Court, San Juan Cnty., NM) (appointed class counsel; final approval granted Mar. 2023);

26. *Cathy Shedd v. Sturdy Memorial Hospital, Inc.*, Civ. Action No: 2173 CV 00498 (Mass. Sup. Ct. Dept.) (appointed class counsel; final approval granted Feb. 2023);

27. *Pagan et al. v. Faneuil, Inc.*, Case No. 3:22-cv-00297 (E.D. Va.) (appointed class counsel; final approval granted Feb. 2023);

28. *Hawkins et al. v. Startek, Inc.*, Case No. 1:22-cv-00258-RMR-NRN (D. Colo.) (appointed class counsel; final approval granted Apr. 2023);

29. *McManus v. Gerald O. Dry*, P.A., Case No. 22 CVS 001776 (N.C. Super. Ct., Cabarrus Cnty.) (appointed settlement class counsel; final approval granted Mar. 2023);

30. *McHenry v. Advent Health Partners, Inc.*, Case No. 3:22-cv-00287 (M.D.T.N.) (appointed class counsel; final approval granted Apr. 2023),

31. *Lopez v. San Andreas Regional Center*, Case No. 21CV386748 (CA Sup. Ct., Santa Clara Cnty.) (appointed settlement class counsel; final approval granted Sept. 2023);

32. *Charlie, et al. v. Rehoboth McKinley Christian Health Care Services*, Case No. 21-00652-SCY-KK (D.N.M.) (appointed class counsel, final approval granted May 2023);

33. *Arbuthnot v. Acuity – CHS, LLC*, Case No. 6:22-cv-658-PGB-DCI (M.D. Fla.) (appointed settlement class counsel; final approval granted Aug. 2023);

34. *Bergeson v. Virginia Mason Medical Center*, Case No. 22-2-09089-8 SEA (Wash. Super. Ct., King Cnty.) (appointed settlement class counsel; final approval granted Aug. 2023);

35. *Reynolds et al. v. Marymount Manhattan College*, Case No. 1:22-CV-06846-LGS (S.D.N.Y.) (appointed settlement class counsel; final approval granted Oct. 2023);

36. *Griffey et al. v. Magellan Health, Inc.*, Case No. CV-20-01282-PHX-MTL (D. Ariz.) (appointed settlement class counsel; final approval granted Feb. 9, 2024);

37. *Connor Rowe v. Sterling Valley Systems, Inc. d/b/a/ Inntopia*, Case No.: 22-CV-04081 (Vt. Super. Ct., Civil Division, Lamoille Unit) (appointed settlement class counsel; final approval granted Jan. 9, 2024);

38. *Jones, et al v. P2ES Holdings, LLC*, Case No. 23-cv-00408-GPG-MEH (D. Colo.) (Appointed co-class counsel; final approval granted April 16, 2024);

39. *Guarino v. Radius Financial Group, Inc.*, Civ. Action No: 2283 CV 00196 (Mass. Sup. Ct. Dept., Plymouth Cnty.) (appointed class counsel; final approval granted Feb. 28, 2024);

40. *Foster et al. v. Lower, LLC*, Civil Action No. 1:22-CV-1581 (GLR) (D. Md.) (appointed class counsel; final approval granted Dec. 1, 2023);

41. *Lamie et. al v. LendingTree, LLC*, Case No. 3:22-cv-0037 (W.D.N.C.) (appointed class counsel; final approval granted Feb. 27, 2024);

42. *Tarrant v. Southland Holdings LLC*, Cause No. 067-333679-22 (67th Judicial Dist. Ct. of Tex., Tarrant Cnty.) (appointed class counsel; final approval granted April 19, 2024);

43. *May, et al v. Five Guys Enterprises, LLC*, Case No. 1:23-cv-00029 (E.D. Va.) (appointed class counsel; final approval granted July 12, 2024);

44. *Martinez, et al v. Presbyterian Healthcare Services*, Case No. D-202-CV-2020-01578 (2d Jud. Ct. of N.M., Cnty of Bernalillo) (appointed class counsel; final approval granted June 18, 2024);

45. *Medina v. Albertsons Companies, Inc.*, Case No. 1:23-cv-00480-MN (D. Del.) (appointed class counsel; final approval granted April 26, 2024);

46. *Prevost, et al v. Roper St. Francis Healthcare*, C.A. No. 2021-CP-10-01754 (9th Jud. Cir. Ct. of S.C., Ct. of Common Pleas) (Appointed co-class counsel; final approval granted May 2, 2024);

47. *Williams v. Monarch*, Case No. 23CVS-105, (N.C. Sup. Ct., Stanly Cnty.) (Appointed class counsel; final approval granted July 18, 2024);

48. *Webb v. Injured Workers Pharmacy, LLC*, Case No. 1:22-cv-10797-RGS (D. Mass)(appointed Class Counsel; final approval granted January 9, 2025);

49. *Viruet v. Comm. Surgical Supply, Inc.*, Case No. OCN L-001215-23 (N.J. Sup. Ct., Ocean Cnty.) (Appointed co-class counsel; final approval granted Nov. 17, 2023);

50. *Kondo, et al v. Creative Services, Inc.*, Case No. 1:22-cv-10438-DJC (D. Mass.) (Appointed class counsel; final approval granted Sept. 7, 2023);

51. *Stark, et al v. Acuity Brands, Inc.*, Case No. 23EV006179H (Fulton Cnty. State Court of Ga.) (appointed class counsel; final approval granted May 21, 2024);

52. *Mendoza, et al v. Crystal Bay Casino, LLC*, Case No. 3:23-cv-00092-MMD-CLB (D. Nev.) (Appointed class counsel) (final approval granted August 6, 2024);

53. *Oche v. National Math & Science Initiative*, Index No. 510959/2023 (N.Y. Supr. Ct, Kings Cnty.) (Appointed class counsel; final approval granted June 12, 2024);

54. *Marshall v. Lamoille Health Partners, Inc.*, Case No. 2:22-cv-00166, (D. Vt.) (Appointed class counsel; final approval granted September 30, 2024);

55. *Amaral v. Stanley Street Treatment and Resources, Inc.*, Case No. 2373CV00075 (Bristol Sup. Ct. of Mass.) (Appointed class counsel; final approval granted Oct. 16, 2024);

56. *Granado, et al v. Sandridge Energy, Inc.*, Case No. 5:22-cv-00516-AMG (W.D. Okla.) (Appointed class counsel; final approval granted August 16, 2024);

57. *Stone v. Gardner Resources Consulting LLC*, Case No. 2282CV00845 (Mass. Sup. Ct. Dept. Norfolk County (appointed class counsel)(final approval granted August 28, 2024);

58. *In re Cleveland Brothers Data Incident Litigation*, Case No. 1:23-cv-00501-JPW (M.D. Penn.) (Appointed class counsel; final approval granted August 27, 2024);

59. *Sanguinetti et al. v. Nevada Restaurant Services, Inc.*, Case No. 2:21-cv-01768-RFB-DIA (appointed Class Counsel, preliminary approval May 28, 2024);

60. *Brent et al. v. Advanced Medical Management, LLC et al.*, Civil Action No. 1:23-cv-3254-JKB (D. Md.)(appointed Class Counsel, final approval granted December 12, 2024);

61. *Williams et al. v. Air Methods, LLC*, Civil Action No. 1:24-cv-00642-NRN (D. Colo.)(appointed class counsel; final approval granted January 14, 2025);

62. *Baldwin v. Pepsi Bottling Ventures LLC*, 23-CV-005042-910 (N.C. Sup. Ct. Wake Cnty.)(appointed Settlement Class Counsel; final approval granted January 24, 2025);

63. *Fernandez v. AUS, Inc.*, Case No. BUR-L-000674-24 (NJ Superior Court., Burlington Cnty.) (appointed interim Settlement Class Counsel; preliminary approval granted November 1, 2024);

64. *In re: Gateway Rehabilitation Center, Data Breach Litigation*, Case No. GD-22-14713 (Court Common Pleas, Allegheny Cnty. PA) (appointed Co-Class Counsel; preliminary approval granted November 4, 2024);

65. *Collins et al. v. Washington College*, Case No. C-02-CV-24-001728 (Circuit Court Anne Arundel County, MD) (appointed Settlement Class Counsel; preliminary approval granted November 22, 2024);

66. *Stewart et al. v. Greensboro College, Inc.*, 24 CVS 4980 (N.C. Sup. Ct. Guilford Cnty.)(appointed Settlement Class Counsel; preliminary approval granted December 13, 2024);

67. *In Re Marshall & Melhorn, LLC Data Breach Litigation*, Case No. 3:23-cv-01181-JRK (N.D. Ohio) (appointed Settlement Class Counsel; final approval granted January 13, 2025);

68. *Milliken et al. v. Bayer Heritage Federal Credit Union*, Case No. 5:24-cv-00057-JPB (N.D. W.Va.)(appointed Class Counsel; preliminary approval granted January 13, 2025);

69. *Pena v. Financial Asset Management Systems, Inc.*, Civil Action No. 24-C-01218-S1 (State Court of Gwinnett County,

Georgia)(appointed Settlement Class Counsel; preliminary approval granted January 13, 2025);

70. *Mooney et al v. Ashford, Inc.*, Case No. 3:24-cv-0279-K (N.D. Tex.) (appointed Settlement Class Counsel; preliminary approval granted February 11, 2025).

71. *In Re: Christie's Data Breach Litigation*, Case No. 1:24-cv-04221 (S.D.N.Y.) (appointed Settlement Class Counsel; preliminary approval granted February 19, 2025);

