# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: WORKWAVE DATA BREACH LITIGATION** | Case No. 3:24-cv-10592-RK-JBD<br><br>Motion Date: October 15, 2025 |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

To: All Persons on ECF Service List

PLEASE TAKE NOTICE that on October 15, 2025, at 11:30 a.m., Co-Lead Counsel, shall move, on behalf of Plaintiffs and the Settlement Class, before the Honorable Robert Kirsch, U.S.D.J. at the United States District Court for the District of New Jersey, at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of an Order that, among other things, will: (i) grant final approval of the proposed Settlement; (ii) certify the class for purposes of Settlement; and (iii) enter Final Judgment and Order dismissing all claims.

Plaintiffs consulted with Defendant WorkWave LLC d/b/a TEAM Software ("WorkWave" or "Defendant") before filing this Motion, and WorkWave does not oppose the relief requested.

This Motion is based on (i) the Brief in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (ii) Joint Declaration of Class Counsel in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, filed concurrently herewith; (iii) the Declaration of Bryn Bridley on Class Notice and Settlement Administration; (iv) all prior pleadings and proceedings had herein; (v) arguments of counsel; and (vi) any other matters properly before the Court.

For the reasons described in Plaintiffs' Brief in Support of this Motion, Plaintiffs respectfully request that this Court grant the Motion and enter the proposed Order attached hereto.

DATED: October 1, 2025                    Respectfully submitted,

/s/Jack R. Spitz
Jack R. Spitz
New Jersey Bar No. 248632019
**SIRI & GLIMSTAD LLP**
8 Campus Drive, Suite 105 PMB#161
Parsippany, NJ 07054
T: (717) 967-5529
E: jspitz@sirillp.com

A. Brooke Murphy
(admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

>David K. Lietz
>(admitted *Pro Hac Vice*)
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
>5335 Wisconsin Avenue NW
>Washington, D.C. 20015-2052
>Telephone: (866) 252-0878
>dlietz@milberg.com
>
>*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025 a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

>/s/ *Jack R. Spitz*
>Jack R. Spitz

3