IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: WORKWAVE DATA BREACH LITIGATION | Case No. 3:24-cv-10592-RK-JBD<br><br>Motion Date: October 28, 2025 |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs John Kratochwill and Branden Rogers ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this Supplemental Memorandum in further support of Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 26), and Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (ECF No. 25). Through this Supplemental Memorandum, Plaintiffs provide the Court with updated Settlement claims information in advance of the Final Approval Hearing scheduled for October 28, 2025, at 11:30 a.m. (ET).[1]

The deadline for Settlement Class Members to object to or opt-out of the proposed Settlement passed on October 6, 2025. *See* Supplemental Declaration of Bryn Bridley on Class Notice and Settlement Administration ("Bridley Decl."),

---

[1] Unless otherwise stated, all capitalized terms shall have the definitions set forth in the Settlement Agreement (ECF No. 19-4).

1

attached hereto as Exhibit 1, at ¶¶ 5-6. Plaintiffs are pleased to report that *no* Settlement Class Members objected to the Settlement or the fees, expenses, and service awards requested. *Id.* ¶ 6. Plaintiffs are also pleased to report that only three individuals, out of approximately 99,500 Settlement Class Members, elected to opt out of the Settlement Class. *Id.*, ¶ 5.

The lack of objections and the extremely low opt-out rate are indicia of the fairness of both the Settlement and the requested fees, expenses, and service awards. *See Stoetzner v. United States Steel Corp.*, 897 F.2d 115, 118–19 (3d Cir. 1990) (holding that the fact there were 29 objectors out of a class of 281 "strongly favors settlement"); *Lenahan v. Sears, Roebuck & Co.*, No. CIV. 02-0045, 2006 WL 2085282, at *13 (D.N.J. July 24, 2006), *aff'd*, 266 F. App'x 114 (3d Cir. 2008) (holding that 190 optouts and 6 objections in a class of 16,252 weighed in favor of approval); *Katz v. DNC Servs. Corp.*, No. CV 16-5800, 2024 WL 454942, at *7 (E.D. Pa. Feb. 6, 2024) (discussing favorable reaction of the 820-person settlement class where four persons opted out (0.49%) of the settlement and none objected); *Luevano v. Campbell*, 93 F.R.D. 68, 91 (D.D.C. 1981) ("The fact that only one-sixth of one percent of the class has chosen to object to the settlement is an important indication of its fairness and adequacy.").

The deadline for Settlement Class Members to submit a claim for Settlement benefits is November 4, 2025. As of October 27, 2025, the Court-appointed

2

Settlement Administrator has already received 4,032 claims, representing an impressive claims rate of 4.02%. Bridley Decl., ¶¶ 8, 10. Of the claims received to date, the Settlement Administrator has already deemed 3,764 claims to be valid, representing a valid claims rate of 3.78%. *Id.* This claims rate well exceeds the claims rates typically generated in data breach class action settlements. *See In re Wawa, Inc. Data Sec. Litig.*, No. CV 19-6019, 2022 WL 1173179, at *5 (E.D. Pa. Apr. 20, 2022) (finding that claims rate in "the range of 0.035 percent (without the expansion) to 2.6 percent (with the expansion) actually compares favorably with other data breach settlements"); *see, e.g., In re Target Corp. Customer Data Sec. Breach Litig.*, No. 14-md-2522, 2017 WL 2178306, at *1–2 (D. Minn. May 17, 2017), *aff'd*, 892 F.3d 968 (8th Cir. 2018) (approving data breach settlement with a claims rate of roughly 0.23 percent). The objectively high number of Class Members seeking to participate in the Settlement further supports the favorability and fairness of the Settlement as well as the requested fees, expenses, and service award to Plaintiffs.

Based on the foregoing, Plaintiffs respectfully request that the Court grant final approval to the Settlement, award Class Counsel attorneys' fees and expenses, and approve the service award to Plaintiffs, in the amounts requested. An updated proposed Order, including the final opt out list, is provided herewith.

DATED: October 27, 2025    Respectfully submitted,

/s/Jack R. Spitz
Jack R. Spitz
New Jersey Bar No. 248632019
**SIRI & GLIMSTAD LLP**
8 Campus Drive, Suite 105 PMB#161
Parsippany, NJ 07054
T: (717) 967-5529
E: jspitz@sirillp.com

A. Brooke Murphy
(admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

David K. Lietz
(admitted *Pro Hac Vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com

*Counsel for Plaintiffs and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2025 a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ *Jack R. Spitz*
Jack R. Spitz

4